Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXEI SERGEEVICH MIRKIN, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO R. GONZALES, U.S. Attorney General, et al., <br><br> Defendants. | No. C06-244-RSM <br><br><br><br> STIPULATED MOTION <br> AND ORDER OF DISMISSAL |

    Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and agree that the Plaintiff, Alexei Sergeevich Mirkin, is scheduled to become a naturalized citizen of the United States on August 31, 2006, and that the above-captioned action has thus become moot. Accordingly, Plaintiff and Defendant hereby jointly move the Court for an order dismissing,

//

//

//

STIPULATED MOTION AND ORDER OF DISMISSAL - 1
(C06-244RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  with prejudice, the Petition for Naturalization Hearing dated February 13, 2006, without claim
2  of either party for attorney's fees or costs.
3          Respectfully submitted,
4
5
6   s/Bart Klein                                             DATED:  August 23, 2006
    BART KLEIN, WSBA #10909
7   Attorney for Plaintiff
8
9
    JOHN McKAY
10  United States Attorney
11
12
    s/Robert P. Brouillard                                   DATED:  August 23, 2006
13  ROBERT P. BROUILLARD, WSBA #19786
    Assistant United States Attorney
14  Attorneys for Defendants
15
                                    **ORDER**
16
        The above is SO ORDERED.
17
        DATED this 28 day of August, 2006.
18
19
20
21                                          RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

STIPULATED MOTION AND ORDER OF DISMISSAL - 2
(C06-244RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970